FILED

JUL 03 2019

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SAMUEL T. DEMISSE,          )
                            )
        Plaintiff,          )
                            )
    v.                      )          Civil Action No. 18-2408 (UNA)
                            )
MEDSTAR WASHINGTON HOSPITAL )
CENTER, *et al.*,           )
                            )
        Defendants.         )

## MEMORANDUM OPINION

The Court's December 3, 2018 Order directed plaintiff to file a notice listing the actual names of the defendants and the complete addresses where each defendant can be served with process. The Order advised plaintiff that his failure to comply with this Order would result in dismissal of this case. To date, plaintiff has not filed the required notice. Accordingly, the Court will dismiss the complaint and this civil action without prejudice.

An Order is issued separately.

DATE: July 2, 2019

United States District Judge